IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QC CONSTRUCTION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 5:22-CV-92 (MTT) |
| | ) |
| CYPRESS CONTRACTING AND | ) |
| DEVELOPMENT CORP, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff QC Construction LLC, whose members all reside in Georgia, filed this breach of contract action against defendants Cypress Contracting and Development Corp., United States Fire Insurance Company, and TRU 2005 RE I LLC ("TRU"). Docs. 1; 6. TRU subsequently filed its answer and a jurisdictional statement identifying its members. Doc. 12. TRU identified its sole member as Target Propco LLC. *Id*. Target Propco LLC's sole member is Hill Street and Hill Street has "over fifty members." *Id*. TRU stated that it was "continuing to research the issue, but, upon information and belief, none of Hill Street's individual members or the individual members of Hill Street's entity members are Georgia residents." *Id*. Local Rule 87.2 requires limited liability companies to file jurisdictional statements identifying "the citizenship of all members, and if any member is itself an unincorporated association, the identity and citizenship of such association's constituents." M.D. Ga. L.R. 87.2. Accordingly, TRU is hereby **ORDERED** to file an amended jurisdictional statement by **August 21, 2023.**

**SO ORDERED**, this 14th day of August, 2023.

-2-

<u>S/ Marc T. Treadwell</u>  
MARC T. TREADWELL, CHIEF JUDGE  
UNITED STATES DISTRICT COURT