IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QC CONSTRUCTION LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:22-CV-92 (MTT) |
| CYPRESS CONTRACTING AND DEVELOPMENT CORP, et al., | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Plaintiff QC Construction LLC, whose members all reside in Georgia, filed this breach of contract action against defendants Cypress Contracting and Development Corp., United States Fire Insurance Company, and TRU 2005 RE I LLC ("TRU"). Docs. 1; 6. TRU subsequently filed its answer and a jurisdictional statement identifying its members. Doc. 12. TRU identified its sole member as Target Propco LLC. *Id*. Target Propco LLC's sole member is Hill Street and Hill Street has "over fifty members." *Id*. TRU stated that it was "continuing to research the issue, but, upon information and belief, none of Hill Street's individual members or the individual members of Hill Street's entity members are Georgia residents." *Id*.

The Court ordered TRU to file an amended jurisdictional statement identifying "the citizenship of all members" of Hill Street and if any member of Hill Street was also an unincorporated association to provide "the identity and citizenship of such association's constituents." Doc. 33 at 1 (quoting M.D. Ga. L.R. 87.2). TRU then filed an amended jurisdictional statement that identified multiple unincorporated associations

as members of Hill Street without identifying the citizenship of such association's constituents.  Doc. 34.  For example, TRU states that "GS Centennial LLC" is a member of Hill Street but does not provide the identity and citizenship of the members of GS Centennial LLC—information that is essential for the Court to determine whether it has diversity jurisdiction.  *Id*. at 2; *see Kilgore v. Acad. Ltd.*, 86 F. Supp. 3d 1367 (M.D. Ga. 2015).  Accordingly, TRU is hereby **ORDERED** to file a second amended jurisdictional statement by **August 30, 2023.**  If TRU does not provide the necessary information, the Court will convene a hearing to determine appropriate sanctions.

    **SO ORDERED**, this 22nd day of August, 2023.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT